# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>          Plaintiff,<br><br>      v.<br><br>ALPHONSO A. SWABY, et al.,<br><br>          Defendants. | Case No. CV 10-4269-SVW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: December 21, 2015

                                              STEPHEN V. WILSON<br>
                                  UNITED STATES DISTRICT JUDGE